389 A.2d 203

Commonwealth v. Ustach, Appellant.

Submitted November 14, 1977. Joseph A. Massa, Jr., Public Defender, for appellant; Samuel F. Bonavita, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 203

Commonwealth v. Watkins, Appellant.

Argued December 12, 1977. Gerald A. Stein, for appellant; William C. Turnoff, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.